SEP 19 2016
CLERK, US DISTRICT COURT
NORFOLK, VA

# DEFAULT AFFADAVIT

2:16cv562

From: Non-domestic
   c/o 515 East Ladies Mile Rd
   Richmond, Virginia. DeAndre L'overture Jackson

TO: Julia C. Dudley d/b/a JULIA C. DUDLEY, CLERK
   U.S. District Court of Virginia
      At DANVILLE

RECEIVED
SEP 12 2016

DANVILLE, VIRGINIA

Regarding: NON-NEGOTIABLE ACCEPTED FOR VALUE -EXEMPT FROM LEVY CAUSE NO. 7:16cv00263 dated August.2,2016, INTERFERENCE IN MY COMMERCIAL AFFAIRS.

I, Me, My, Myself, a Living Soul, a Private Party; but for My purpose for this AFFADAVIT in COMMERCE you may address Me as DeAndre L'overture Jackson, a Sovereign. Everything stated is the truth, the whole truth, and nothing but the truth and is true, correct, complete, and not misleading. I am able for stating the facts and lawful age for doing so.
Robert S. Ballou d/b/a ROBERT S. BALLOU United States Magistrate judge & Julia C. Dudley d/b/a JULIA C. DUDLEY, CLERK has committed a FAULT and has DEFAULTED on all points concerning the above Regarding: NON-NEGOTIABLE ACCEPTED FOR VALUE-

EXEMPT FOR LEVY CAUSE NO: 7:16cv00263, in it's entirety dated August.2, 2016, INTERFERENCE IN MY COMMERCIAL AFFAIRS. (see attached Exhibits # 1-4)

Accordingly, the foregoing Regarding, having been duly served upon Julia C. DUDLEY, Clerk d/b/a JULIA C. DUDLEY, Clerk and Robert S. Ballou d/b/a ROBERT S. BALLOU, United States Magistrate Judge and filed in the United States District Court of Virginia for the western district of Virginia (Roanoke Division) (see Attached), and receiving no Response, having given Notice and Grace (3 day Truth in Lending Act), has committed a FAULT and has DEFAULTED and is now in Involuntary Bankruptcy with NOTICE OF FORFEITURE for all Property needed for satisfying $5,000,000.00 for interfering in My Private Commercial Affairs.

DEANDRE L. JACKSON, GRANTOR
SECURED PARTY SIGNATURE

DeAndre L'ouverture Jackson, Agent
Power of Attorney in fact, with the Autograph



8-11-16

2016 SEP 14 P 4: 0[?]
CLERK US DISTRICT COURT
NORFOLK, VIRGINIA
RECEIVED

VALUE OF BILL: $98,200.00

Due to the sensitive nature by your position(s), I recommend we communicate in code(s), so if it is your desire for Me to act as your agent in drafting the payment, then simple do something other than pay with one of the following methods (e.g. - do nothing or something outrageous and untenable such as advocate that we are under a government based upon force and violence rather than Law - to wit: T.G.C. section 557.001, other than limited and republican, etc...) within 10 days and I will be happy by accommodating you:

1. Send me a certified authentic copy for the enrolled statute evidencing the public Law for the United States of America, Union state of Virginia, or de jure political subdivision thereof which gives you the power by retaining the aforesaid goods and/or services of Mine without monetary compensation for Me.

2. Send Me a certified authentic copy of the instrument evidencing the contract that would give you the power to retain the aforesaid goods and/or services of Mine without monetary compensation for Me.

3. Send Me certified authentic copies of what you would use to evidence an insurrection, invasion, or great natural disaster that would justify the martial law power that would allow you to retain the aforesaid goods and/or services of Mine without monetary compensation for Me.

4. Send Me your check for the full amount above: see Va. Code Ann § 12.1-17 (C)

If it is not your desire for Me to act as your agent in drafting the payment, then only pay as directed above by original (wet ink signed) documentation/check either from a principal of your organization or by a subordinate plus enclose an original signed delegation of authority from the said principal (such that I may verify the signature from one of several public sources). I, of course will be happy to compensate you for reasonable expenses incurred in making the requested certified copies, etc. Thank you for your patronage.

DEANDRE L. JACKSON, GRANTOR
SECURED PARTY SIGNATURE

       DeAndre L'overture Jackson, Agent
       Power of Attorney in Fact, with the Autograph

Attachments: HJR-192, UCC 3419, Power of Attorney in Fact, Acceptance of Value

(1) "Constitutor - He/she who promised by a simple pact to pay the debt of another; and this is always a principal obligation." Bouvier's Law Dictionary

DeAndre L'overture Jackson, Known by Me or made Known by Proper identification and having affixed his hand concerning the foregoing and attached document(s), duly affirmed and subscribed; THEREFORE.

Notary Public N. Deel
8/24/16

My Notary Expires 9/8/2018



NICOLE DEEL
NOTARY PUBLIC
REG. #7610871
MY COMMISSION EXPIRES 9/30/2018
COMMONWEALTH OF VIRGINIA

INVOICE

Date: June. 29, 2016          Invoice # DLJ062916

DLJ062916 BOE 2916

Branch Internal Revenue Service-Dept. of the Treasury for the Federal Reserve Bank - Richmond, Virginia. 23219.
Certified Mail #


ACCOUNT NUMBER: DLJ062916/UCC 150511 4063-07:16CV00263
Dear Valued customer
It has come by My attention that you are in receipt for some goods/services that are Mines, to wit:
DEBTOR(S)/LOCATION: David Robinson d/b/a DAVID ROBINSON et al, 6900 ATMORE DRIVE, RICHMOND, VIRGINIA 23261    ; and Robert S. Ballou d/b/a ROBERT S. BALLOU, JUDGE; and Jackson L. Kiser d/b/a JUDGE JACKSON L. KISER at 210 FRANKLIN ROAD, S.W. 540, ROANOKE, VIRGINIA. 24011-2208.


My correspondence of DEMAND FOR DISCOVERY, and Acceptance for value of a Court's order to pay a $400.00 plus filing fee for a 42 U.S.C §1983 complaint, through Power of Attorney in fact (see attached) is/was a good faith attempt on My part in which I sort <u>My Remedy</u>. Please note My Acceptance for Value for DEBTOR(S) Robert S. Ballou and Jackson L. Kiser's court order's (commercial fraud) unsolicited offer/presentment, and also noted that I am Exempt from Levy. (see attached Exhibit #1 at 4-6) The foregoing DEBTOR(S), by virtue through their/it's position, is a Constitutor (1) of government, and as such the DEBTORS are the Holder of the Principal Obligation by Public Policy. In other words

1 of 5

the DEBTOR(S) David Robinson, Robert S. Ballou, and Jackson L. Kiser held/holds My Remedy, Under Public Policy, no contract can be made requiring Me to PAY in anything or form (see attached) HJR 192, June 5, 1933)

By virtue of the DEBTOR(S) David Robinson, Robert S. Ballou and Jackson L. Kiser holding Me, or attempting by holding Me, substance, is David Robinson, Robert S. Ballou and Jackson L. Kiser requiring Me, by Court order(s), threat, force of arms, or forced incarceration for entering into a contract? (see attached Exhibits #1pp 4-5 and Exhibit #5 of confinement);
By violating Public Policy, is David Robinson, Robert S. Ballou and Jackson L. Kiser attempting by inducing or coering Me into accepting by transfer, the Primary Obligation by forcing Me for "PAYING" either with Federal Reserve Notes, foreclosure, incarceration, probation, community service, or a combination of any or all the above? (see attached Exhibits #1 & 2); also see Exhibit #5
Judge Jackson L. Kiser d/b/a JUDGE JACKSON L. KISER admitted in his Court order dated August 2, 2016, that they DID NOT respond to my Acceptance for Value [Truth Affidavit in the nature of supplemental Rules for Administrative and maritime claims Rules C(6), DEMAND FOR DISCOVERY, AND EXTENSION OF TIME], so the magistrate judge Robert S. Ballou could produce the legislative act and it's implementing regulations that precipitated this cause of 42 U.S.C. §1983 (criminal) action, and the contract signed by Myself, in which I agreed to give up My Constitutional rights] Public Policy Truth in Lending within three (3) days (see attached Exhibit(s) #1 ▓7-9; Exhibit #3 & 4)
see [CRUDEN V. NEALE, 2 N.C. 338 (1796) 2 S.E. 70]

2 of 5

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2016 | 1 | COMPLAINT pursuant to 42 U.S.C. §1983 against All Defendants, filed by DeAndre L'Overture Jackson.(tvt) |
| 06/07/2016 | 2 | Statement of Assets by DeAndre L'Overture Jackson (tvt) |
| 06/07/2016 | 3 | Verified Statement w/attachment by Plaintiff DeAndre L'Overture Jackson (tvt) |
| 06/07/2016 | 4 | Order entered Conditionally Filing this action pursuant to 42 U.S.C. Section 1983; Advising inmate as to 3 strikes rule of PLRA; Assessing a filing fee; Deferring all action in this case; Advising inmate to comply within the allotted time and to notify of changes in address or risk dismissal. Signed by Magistrate Judge Robert S. Ballou on 6/7/2016. (tvt) |
| 06/28/2016 | 5 | Inmate Account Report by DeAndre L'Overture Jackson (Attachments: # 1 Letter regarding account statments)(tvt) (Entered: 06/29/2016) |
| 06/29/2016 | 6 | Order entered Conditionally Filing this action pursuant to 42 U.S.C. Section 1983; Deferring all action in this case; Advising inmate to comply within the allotted time and to notify of changes in address or risk dismissal. Signed by Magistrate Judge Robert S. Ballou on 6/29/2016. (tvt) |
| 07/25/2016 | 7 | Prisoner Document: Demand for Discovery filed by DeAndre L'Overture Jackson (Attachments: # 1 Cover Letter)(tvt) |
| 08/02/2016 | 8 | MEMORANDUM OPINION. Signed by Judge Jackson L. Kiser on 8/2/2016. (tvt) |
| 08/02/2016 | 9 | ORDER DISMISSING CASE without prejudice. Signed by Judge Jackson L. Kiser on 8/2/2016. (tvt) |
| 08/15/2016 | 10 | NOTICE OF APPEAL as to 9 Order Dismissing Case by DeAndre L'Overture Jackson. (tvt) |
| 08/15/2016 | 11 | Transmittal of Notice of Appeal to 4CCA re 10 Notice of Appeal NOTE: The Docketing Statement and Transcript Order Form are available on the 4th Circuit Court of Appeals website at www.ca4.uscourts.gov. If CJA24 form(s) are applicable, you must submit a separate Auth-24 for each court reporter from whom you wish to order a transcript through the District Court's eVoucher system. (tvt) |
| 08/15/2016 | | Assembled Electronic Record Transmitted to 4CCA re 10 Notice of Appeal (tvt) |

Exhibit #1

Case 2:16-cv-00562-AWA-RJK Document 1 Filed 09/19/16 Page 9 of 12 PageID# 9

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 02 2016

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEANDRE L'OVERTURE JACKSON, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID ROBINSON, et al, )<br>Defendant(s). ) | Civil Action No. 7:16-cv-00263<br><br>**MEMORANDUM OPINION**<br><br>By: Jackson L. Kiser<br>Senior United States District Judge |

DeAndre L'Overture Jackson, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered June 29, 2016, the court directed plaintiff to submit within 20 days from the date of the Order the signed consent to fee form in order to complete the application to proceed in forma pauperis. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions.[1] Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 2nd day of August, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge

---

[1] Plaintiff filed interrogatories to the magistrate judge, noting that he would not sign the consent to fee if the magistrate judge did not respond within three days. More than three days passed, and consequently, plaintiff has clearly expressed that he does not intend to comply with the court's order.

Exhibit #2

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 02 2016

JULIA C. DUDLEY, CLERK
BY: HMcDonaoo
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEANDRE L'OVERTURE JACKSON, )<br>Plaintiff, ) | Civil Action No. 7:16-cv-00263 |
| ) | |
| v. ) | **DISMISSAL ORDER** |
| ) | |
| DAVID ROBINSON, et al, ) | By: Jackson L. Kiser |
| Defendant(s). ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply. Plaintiff's request for more time to respond to receive discovery (docket #7) is **DENIED** for lack of good cause, and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 2nd day of August, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge

Exhibit #4

VIRGINIA:   IN THE UNITED STATES DISTRICT COURT
OF VIRGINIA FOR THE WESTERN DISTRICT
Roanoke Division

DEANDRE L'OVERTURE JACKSON

vs.

FEDERAL GOVERNMENT
FEDERAL OFFICIALS



SEP 12
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

### DEMAND FOR DISCOVERY

Comes now, a private person, sovereign, Non-domestic part of the Southwest Territory commonly known as Virginia Republic (Commonwealth) by the name DeAndre L'overture Jackson, Agent for DEANDRE L'OVERTURE JACKSON, states of the Federal Rules of Civil Procedure Rule 38 (b); with the demand of the following questions.

1) Please produce the legislative act and its implementing regulations that precipitated this cause of Title 42 being entitled to state prisoners.

2. Please produce the legislative act and its implementing regulations that precipitated this cause of the federal government to use me a chattel with me having national and

3 of 6 pages Exhibit # 5

State of Virginia prison identification cards with numbers, social security numbers, as well as trust prisoner account(s). Please bring forth the documents to prove your authority to legislate for it. (within the U.S.C. 10th Amendment)

3.) Please produce a copy of your Oath of Office of the Court and where you filed it into Public Record.

4) Please produce the contract signed by Myself, DeAndre L'overture Jackson, of the living soul and you Federal Government in which I agreed to give up My constitutional rights.

5) Please produce the legislative act and its implementing regulations where I have to allow the Federal government to put a DEBT instrument against my property assests, and to pay a DEBT with a DEBT (within or pertaining to title 42 U.S.C. 1983 complaint

6.) Please produce the legislative act and its implementing regulations where I have/had to have my birth certificate sold to the Federal Government, and for the Federal Government to sale my birth certificate to the Federal Reserve Bank to place Dollars of Federal Reserve Notes to insure the payments of stocks, bonds and notes

2 of 5 pages
Exhibit #D5

Date March. 16, 2015

DeAndre L. Jackson #1145411
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA.

4 of 6 pages